[Civ. No. 7560. Second Appellate District, Division Two.—December 12, 1930.]

LEONARD J. WOODRUFF, Petitioner, v. CITY OF LOS ANGELES (a Municipal Corporation) et al., Respondents.

J. A. Coleman and Ed. Fitzpatrick for Petitioner.

Erwin P. Werner, City Attorney, Frederick von Schrader, Assistant City Attorney, and Loren A. Butts, Deputy City Attorney, for Respondents.

WORKS, P. J.—This is an application for a writ of *supersedeas*, presented some time ago, asking for a stay of proceedings in the trial court in the case of *City of Los Angeles* v. *J. G. Oliver, Leonard J. Woodruff*, and others, then pending on appeal in this court and still pending here for certain purposes. Upon the presentation of the application a temporary *supersedeas* was ordered. Upon oral argument the order was not disturbed. On December 5, 1930, we filed our opinion disposing of the appeal, by it affirming the judgment.

■ This conclusion having been reached by us, we think the temporary *supersedeas* should not stand for the few remaining days during which the cause in which the appeal was taken will be *sub judice* in this court for the purpose of passing upon a possible petition for rehearing. All points presented on the appeal having been determined adversely to petitioner, appellant on the appeal, the cause is in a very different situation from that it occupied when the temporary *supersedeas* was issued. We are satisfied that the appeal is without merit.

The order for a temporary *supersedeas* is vacated.

Thompson (Ira F.), J., concurred.

Craig, J., and Archbald, J., *pro tem.*, were not present at the oral argument and did not participate in the foregoing decision.